CASE DESCRIPTION – SUPERIOR COURT    Case Number: 3AN08-7223CI

Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D.

## SUPERIOR COURT MATTERS

### CIVIL – SUPERIOR COURT

**CONTRACT** – *Contract cases involving real property should be reported under the real property category.*
- [ ] Debt Collection (CISDEB)
- [ ] Claim Against Seller of Goods/Services (CISCLAIM)
- [ ] Employment Dispute (CISEMP)
- [ ] Other Contract (CISOCT)

**TORT**
- [ ] Intentional Tort (e.g., assault, battery, vandalism) (CISIT)
- [ ] Slander/Libel/Defamation (CISSLD)
- [ ] Product Liability (CISPL)
- [ ] Wrongful Death (CISPID)

Automobile Negligence:
- [ ] Personal Injury Only (CISPIA)
- [ ] Property Damage Only (CISPDA)
- [ ] Both (CISIDA)

Other Negligence:
- [x] Personal Injury Only (CISPIO)
- [ ] Property Damage Only (CISPDO)
- [ ] Both (CISIDO)

**MALPRACTICE**
- [ ] Legal Malpractice (CISLMP)
- [ ] Medical Malpractice (CISMMP)
- [ ] Other Malpractice (CISOMP)

**REAL PROPERTY**
- [ ] Foreclosure (CISFOR)
- [ ] Condemnation (CISCNDM)
- [ ] Real Property Action (CISREM)

**OTHER CIVIL**
- [ ] Arbitration Proceeding (CISAP)
- [ ] Confession of Judgment (CISCCONF)
- [ ] Declaratory Judgment/Injunc. Relief (CISINJ)
- [ ] OSC Request – Admin Agency (CIOSC)
- [ ] Civil Bench Warrant Request – Admin Agency (CIBW)
- [ ] Writ of Habeas Corpus (CIWHC)
- [ ] Election Contest or Recount Appeal (CISELE)
- [ ] Other Civil Complaint (CISOCI). Describe:

### FORCIBLE ENTRY AND DETAINER – SUPERIOR COURT
- [ ] Eviction – F.E.D. (CISFED)

### FOREIGN JUDGMENT – SUPERIOR COURT
- [ ] Registration of Foreign Judgment (CISFOJ)

### POST-CONVICTION RELIEF TO SUPERIOR COURT
- [ ] Post-Conviction Relief (CISPCR)

### DOMESTIC RELATIONS

**DIVORCE WITHOUT CHILDREN**
- [ ] Divorce Without Children (CISDIV)

**DIVORCE OR CUSTODY WITH CHILDREN**
- [ ] Petition for Custody (CISCUS)
- [ ] Divorce With Children (CISDVC)

**LEGAL SEPARATION**
- [ ] Legal Separation With Children (CICLS)
- [ ] Legal Separation Without Children (CISLS)

**DOMESTIC RELATIONS OTHER**
- [ ] Ex Parte Application for OSC for Failure to Comply with Admin Order for Genetic Testing (CIOSCP)
- [ ] Action to Modify or Enforce Administrative Child Support Order (CIPCS)
- [ ] Petition for Order re: PFD or Native Dividend (CIPND)
- [ ] Establishment of Paternity (CISPAT)
- [ ] Disestablishment of Paternity (CIDPAT)
- [ ] Foreign Custody Order (Registration, Modification or Enforcement) (DR483)
- [ ] Foreign Support Order (Registration, Modification or Enforcement) (CIUIFSA)
- [ ] Registration of Foreign Domestic Relations Order (Not Support or Custody) (CIDRFJ)
- [ ] Petition for Annulment (CIANNUL)
- [ ] Petition for Visitation (CIVIS)

EXHIBIT A
Page 1 of 1

CIV-125S (CourtView version) (3/05)(cs duplex)    Page 1 of 2