David S. Carter
HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320
Email: DSC@hpglaw.net

Attorneys for Defendant Sears, Roebuck and Co.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUTH BUCHANAN,<br><br>          Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK AND CO.,<br><br>          Defendant. | Case No. 3:08-cv-00128<br><br>**STIPULATION OF DISMISSAL** |

      IT IS NOW HEREBY STIPULATED and agreed by and between the parties hereto, through their respective counsel of record, that all claims in the above-entitled action be dismissed with prejudice and without costs or attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

      This Stipulation for Dismissal is in accordance with Rule 41(a)(1)[b] of the Alaska Rules of Civil Procedure providing that an action may be dismissed without order of the court by filing a Stipulation for Dismissal signed by all parties.

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

DATED at Anchorage, Alaska, this 13th day of April, 2009.

> PENTLARGE LAW GROUP
> Attorneys for Plaintiff Ruth Buchanan
>
> By: */s/ James B. Pentlarge/*
> James B. Pentlarge
> ABA No. 8306054
> 1400 W. Benson Blvd., Ste. 550
> Anchorage, AK 99501
> Telephone No: (907) 276-1919
> Facsimile No: (907) 276-8000
>
> HUGHES PFIFFNER GORSKI
> SEEDORF & ODSEN, LLC,
> Attorneys for Defendant Sears, Roebuck
> and Co.
>
> By: */s/ David S. Carter/*
> David S. Carter
> ABA No. 8411105
> 3900 C Street, Suite 1001
> Anchorage, AK 99503
> Telephone No: (907) 274-7522
> Facsimile No: (907) 263-8320
> Email: DSC@hpglaw.net

HUGHES PFIFFNER GORSKI
SEEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

I hereby certify that on the date below
a true and correct copy of the foregoing
document was delivered via ~~hand delivery~~ to:
*Mail*

James Pentlarge
Pentlarge Law Group
1400 W. Benson Blvd, Ste. 550
Anchorage, Alaska 99501

DATED this ~~1st~~ 13th day of April, 2009.

*Ellen Collins* (signature)
Ellen Collins

UGHES PFIFFNER GORSKI
FEDORF & ODSEN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX